UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO ARCIBAL,<br><br>　　　　　　　Petitioner,<br>　v.<br>WARDEN BEAN,<br><br>　　　　　　　Respondents. | Case No. 2:23-cv-00097-ART-NJK<br><br>ORDER |

　　　　Petitioner Francisco Arcibal seeks an extension of time to pay the filing fee. (ECF No. 10.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

　　　　It is therefore ordered that Petitioner's first motion for enlargement of time (ECF No. 10) is granted. Petitioner has until July 14, 2023, to pay the filing fee.

　　　　DATED THIS 19th day of May 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE