UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO ARCIBAL, | Case No. 2:23-cv-00097-ART-NJK |
| Petitioner, | ORDER |
| v. | |
| BEAN, ACTING WARDEN, *et al.*, | |
| Respondents. | |

Petitioner Francisco Arcibal filed an unopposed motion for a 90-day enlargement of time to file a first amended petition [ECF No. 32]. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for enlargement of time to file a first amended petition for writ of habeas corpus (first request) [ECF No. 32] is granted. Petitioner has until April 10, 2025, to file a first amended petition.

DATED THIS 14th day of January 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE