UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO ARCIBAL,<br><br>                        Petitioner,<br>     v.<br>WARDEN BEAN,<br><br>                        Respondents. | Case No. 2:23-cv-00097-ART-NJK<br><br>ORDER |

      Respondents seek an extension of time to file their opposition to Petitioner Francisco Arcibal's motion for discovery as well as their response to Arcibal's amended petition. (ECF Nos. 41, 42.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

      It is therefore ordered that Respondents' unopposed first motion for enlargement of time (ECF No. 41) is granted. Respondents have until September 4, 2025, to file their response to Arcibal's amended petition.

      It is further ordered that Respondents' unopposed second motion for enlargement of time (ECF No. 42) is granted. Respondents have until September 4, 2025, to file their opposition to Arcibal's motion for discovery.

      DATED THIS 23rd day of July, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE