UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO ARCIBAL,<br><br>                    Petitioner,<br>    v.<br><br>WARDEN BEAN,<br><br>                    Respondents. | Case No. 2:23-cv-00097-ART-NJK<br><br>ORDER |

      Respondents seek an extension of time to file their opposition to Petitioner Francisco Arcibal's motion for discovery as well as their response to Arcibal's amended petition. (ECF Nos. 44, 45.) In addition, Petitioner Francisco Arcibal seeks an extension of time to file his response to Respondents' motion to dismiss. (ECF No. 54.) The Court finds that the requests are made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

      It is therefore ordered that Respondents' unopposed second and third motions for enlargement of time (ECF Nos. 44, 45) are granted *nunc pro tunc*.

      It is further ordered that Petitioner's unopposed first motion for enlargement of time (ECF No. 54) is granted. Petitioner has until November 10, 2025, to file his response.

      DATED THIS 17th day of October, 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE