UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FRANCISCO ARCIBAL,

Petitioner,

v.

WARDEN BEAN,

Respondents.

Case No. 2:23-cv-00097-ART-NJK

ORDER

Petitioner Francisco Arcibal seeks an extension of time to file his reply. (ECF No. 65.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed first motion for enlargement of time (ECF No. 65) is granted *nunc pro tunc*. Petitioner has until November 9, 2026, to file his reply.

DATED THIS 20th day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE